In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, as Acting Superintendent of Insurance of the State of New York, for the Liquidation of the EQUITABLE CASUALTY AND SURETY COMPANY.

THE PENNSYLVANIA EXCHANGE BANK, Appellant; SUPERINTENDENT OF INSURANCE, Respondent.

(Argued January 7, 1936; decided January 21, 1936.)

*Louis Greenblatt, Max Dorff* and *I. Alfred Levy* for appellant.

*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.